**DISMISS and Opinion Filed July 17, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-23-01182-CV

---

**JAMES TAYLOR, Appellant**
**V.**
**PLANO HOUSING CORPORATION, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01709-2023**

---

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant filed his brief on June 18, 2024.[1]  We then notified appellant, who is proceeding pro se, that his brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain a table of contents, an index of authority,  or a statement of the case supported by record references.  Further, no part of the brief contained any citations to the record or to any authorities.  We instructed appellant

---

[1] Following two extensions of time to file his brief, appellant filed a letter to the Court explaining why he believed the trial court did not follow the law.  We construed his letter as appellant's brief.

to file an amended brief correcting these deficiencies within ten days. In the request, we cautioned appellant that the appeal was subject to dismissal if appellant failed to file an amended brief. To date, appellant has neither filed an amended brief nor corresponded with the Court concerning the status of appellant's brief.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Even liberally construing appellant's brief, we conclude it fails to acquaint the Court with the issues in the case, does not enable us to decide the case, does not make clear, concise, specific arguments, and is in flagrant violation of rule 38.

Although given the opportunity to correct the brief, appellant did not do so. Under these circumstances, we strike appellant's brief and dismiss this appeal. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231182F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES TAYLOR, Appellant

No. 05-23-01182-CV        V.

PLANO HOUSING
CORPORATION, Appellee

On Appeal from the County Court at
Law No. 4, Collin County, Texas
Trial Court Cause No. 004-01709-
2023.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 17, 2024